IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



FILED
SEP 17 2020
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 6:20-CR-71 |
| v. | § § | Judge JDK/JDL |
| JENNIFER REBEKAH HAWTHORNE | § § | **UNDER SEAL** |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

<u>Violation</u>: 18 U.S.C. § 1703(a) (Delay or destruction of mail)

Beginning in or about December 2019, and continuing until on or about May 28, 2020, in Anderson County, Texas, in the Eastern District of Texas, the defendant, **Jennifer Rebekah Hawthorne**, being a Postal Service employee, did unlawfully secrete, destroy, detain, delay, and open one or more letters and mail entrusted to her and which came into her possession, and which was intended to be conveyed by mail, and carried and delivered by a carrier of the Postal Service,

In violation of 18 U.S.C. § 1703(a).

### Count Two

<u>Violation</u>: 18 U.S.C. § 1709 (Theft of mail matter by employee)

Beginning in or about December 2019, and continuing until on or about May 28, 2020, in Anderson County, in the Eastern District of Texas, the defendant, **Jennifer Rebekah Hawthorne**, a United States Postal Service employee, did embezzle one or

more letters and mail, and articles and things contained therein, and steal and abstract one or more letters and mail and articles and things contained therein, which had been entrusted to the defendant and which had come into the defendant's possession intended to be conveyed by mail and carried and delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service,

In violation of 18 U.S.C. § 1709.

### Count Three

<u>Violation</u>: 18 U.S.C. § 1701 (Obstruction of mails generally)

Beginning in or about December 2019, and continuing until on or about May 28, 2020, in Anderson County, in the Eastern District of Texas, the defendant, **Jennifer Rebekah Hawthorne**, did knowingly and willfully obstruct and retard the passage of the mail, in that she did unlawfully keep and maintain letters and other mail matter in her private vehicle and her personal residence instead of delivering the same to the intended recipients,

In violation of 18 U.S.C. § 1701.

A TRUE BILL

MKF
_____
GRAND JURY FOREPERSON

9/17/20
_____
Date

STEPHEN J. COX
UNITED STATES ATTORNEY

_____
ALAN R. JACKSON
Assistant United States Attorney

Indictment - Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:20-CR-71 |
| v. | § | |
| | § | |
| JENNIFER REBEKAH HAWTHORNE | § | **UNDER SEAL** |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 1703(a) (Delay or destruction of mail)

Penalty: Imprisonment for a term of not more than five years; a fine not to exceed $250,000, or both; and a term of supervised release of not more than 3 years.

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. § 1709 (Theft of mail matter by employee)

Penalty: Imprisonment for a term of not more than five years; a fine not to exceed $250,000, or both; and a term of supervised release of not more than 3 years.

Special Assessment: $100.00

### Count Three

Violation: 18 U.S.C. § 1701 (Obstruction of mails generally)

Penalty: Imprisonment for a term of not more than six months; a fine not to exceed $5,000, or both; and a term of supervised release of not more than 1 year.

Special Assessment: $10.00