IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. 6:20-CR-71 |
| § | |
| JENNIFER REBEKAH HAWTHORNE § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Jennifer Rebekah Hawthorne,** through her counsel of record, **Matthew W. Millslagle**, and the government, have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY

*/s/ Alan R. Jackson*
ALAN R. JACKSON
Assistant U. S. Attorney
110 N. College, Suite 700
Tyler TX 75702
Texas Bar No. 10453300
(903) 590-1400
alan.jackson@usdoj.gov

**Notice of Plea Agreement - Page 1 of 2**

## CERTIFICATE OF SERVICE

On November 13, 2020, I, Alan R. Jackson, Assistant U. S. Attorney for the Eastern District of Texas, do hereby certify that a true and correct copy of the foregoing instrument has been served on the following according to the Federal Rules of Criminal Procedure and the rules of this Court:  Matthew W. Millslagle, attorney for the Defendant.

/s/  Alan R. Jackson
ALAN R. JACKSON
