IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CRIMINAL NO. 6:20-CR-71 |
| | § |
| JENNIFER REBEKAH HAWTHORNE | § |

## ELEMENTS OF THE OFFENSE

### Count 3

| | |
|---|---|
| VIOLATION: | 18 U.S.C. 1701 (Obstruction of mails generally) |
| PENALTY: | A fine of not more than $5,000; a term of imprisonment of not more than six months; or both.  A term of supervised release of not more than one year. |
| MANDATORY ASSESSMENT: | $10.00. |

The Defendant is charged in Count 3 of the indictment with obstruction of mails generally, in violation of 18 U.S.C. § 1701.

The essential elements which must be proven to establish a violation of this offense are:

**First**:  That the defendant knowingly obstructed or retarded the passage of certain mail;

**Second**:  That the defendant did so willfully.

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY

*/s/ Alan R. Jackson*
Alan R. Jackson
Assistant U. S. Attorney
110 North College St., Suite 700
Tyler, Texas 75702
(903) 590-1400
State Bar No. 10453300
alan.jackson@usdoj.gov

## CERTIFICATE OF SERVICE

On November 13, 2020, I, Alan R. Jackson, Assistant U. S. Attorney for the Eastern District of Texas, do hereby certify that a true and correct copy of the foregoing instrument has been served on the following according to the Federal Rules of Criminal Procedure and the rules of this Court:   Matthew W. Millslagle, attorney for the Defendant.

*/s/   Alan R. Jackson*
ALAN R. JACKSON